## DECLARATION OF SERVICE BY MAIL

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

I, Andrew Owen, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on the 16th day of December, 2021, I served a true and correct copy of the foregoing Notice of Removal and Civil Cover Sheet upon the below-listed entities by depositing a copy of same, enclosed in a first class postpaid properly addressed wrapper, in a post officer/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to said entities at the address set forth below, being the address designated by said entities for that purpose:

ELENA LOUISA COHEN
Cohen and Green P.L.L.C.
Attorney for Plaintiffs
1639 Centre St Suite 216
Ridgewood, NY 11385

Officer Ryan Costello
NYPD 109th Precinct
37-05 Union Street
Flushing, NY 11354

NYPD Chief of Department Terence Monahan
One Police Plaza
New York, NY 10038

Dated: New York, New York
December 16, 2021

_____
ANDREW G. OWEN