UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TREVOR BRITVEC, ET AL.,

                                  Plaintiff,

**NOTICE OF APPEARANCE**

-against-

21 Civ. 10759 (LAK)

CITY OF NEW YORK, ET AL.,

                                  Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Andrea Osgood**, Assistant Corporation Counsel, appears herein as counsel of record on behalf of the Office of the Corporation Counsel of the City of New York, attorney for Defendants City of New York, Bill de Blasio, Dermot Shea, and Terence Monahan.

Dated:  New York, New York
         November 30, 2022

                                        HON. SYLVIA O. HINDS RADIX
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendants City of New York, de Blasio, Shea, Monahan*
                                        New York, New York 10007
                                        (212) 356-2424

                                        By:    /s/ *Andrea Osgood*
                                                  Andrea Osgood
                                                  *Assistant Corporation Counsel*

cc:    **Via ECF**
         All counsel of record