# NYC CIVILIAN COMPLAINT REVIEW BOARD

**ERIC L. ADAMS, Mayor**        **ARVA RICE, Interim Chair**        **JONATHAN DARCHE, Esq. Executive Director**



# 2020
# NYC PROTESTS

# TABLE OF CONTENTS

AGENCY MISSION ............................................................................................................................. 2

THE BOARD AND AGENCY OPERATIONS ........................................................................................ 3

LETTER FROM THE CHAIR ................................................................................................................ 4

BACKGROUND AND EXECUTIVE SUMMARY .................................................................................... 5

METHODOLOGY AND SCOPE .......................................................................................................... 11

INVESTIGATIVE CHALLENGES ........................................................................................................ 12

PROTESTS WITH THE LARGEST NUMBER OF CCRB COMPLAINTS ............................................... 18

    NYPD PROTEST RESPONSE ................................................................................................. 25

FADO & U ALLEGATIONS RECEIVED BY THE CCRB .................................................................... 27

    USE OF FORCE ALLEGATIONS ............................................................................................. 28

    ABUSE OF AUTHORITY ALLEGATIONS ................................................................................ 32

    DISCOURTESY AND OFFENSIVE LANGUAGE ALLEGATIONS ............................................... 36

    UNTRUTHFUL STATEMENT ALLEGATIONS ......................................................................... 39

COMPLAINT DISPOSITIONS ............................................................................................................ 42

DISCIPLINARY RECOMMENDATIONS ............................................................................................. 45

COMPLAINANT DEMOGRAPHICS ................................................................................................... 50

RECOMMENDATIONS ...................................................................................................................... 52

APPENDIX A .................................................................................................................................... 54

APPENDIX B .................................................................................................................................... 60

APPENDIX C .................................................................................................................................... 72

APPENDIX D .................................................................................................................................. 112

APPENDIX E .................................................................................................................................. 129