UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

TREVOR BRITVEC, ET AL.,

                                      Plaintiff,            **NOTICE OF APPEARANCE**

       -against-

CITY OF NEW YORK, et al.,                                   21 Civ. 10759 (LAK)

                                  Defendants.

------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that **Omar J. Siddiqi**, Senior Counsel, appears herein as counsel of record on behalf of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for defendants City, De Blasio, Shea, Monahan, Costello, Kahn, McGee, and Sofolce in this action. I am admitted to practice in this District.

Dated:       New York, New York
               September 11, 2023

                                                    Respectfully submitted,

                                                    HON. SYLVIA O. HINDS-RADIX
                                                   Corporation Counsel of the City of New York
                                                   *Attorney for Defendants*
                                                   100 Church Street, Room 3-203B
                                                   New York, New York 10007
                                                   (212) 356-2345
                                                   (212) 356-3509 (fax)
                                                    osiddiqi@law.nyc.gov

                                          By:    */s/ Omar J. Siddiqi*
                                                          Omar J. Siddiqi
                                                          *Senior Counsel*

To:     *All Counsel of Record*