UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

TREVOR BRITVEC, ET AL.,

                                                                    **NOTICE OF APPEARANCE**
                                        Plaintiffs,      21-CV-10759 (LAK)

              -against-

THE CITY OF NEW YORK, ET AL.,

                                        Defendants.

-------------------------------------------------------------------- x


   **PLEASE TAKE NOTICE** that **Amy Robinson,** Senior Counsel, should be added as

counsel of record on behalf of the Corporation Counsel of the City of New York, the Honorable

Sylvia O. Hinds-Radix, attorney for defendant City of New York.

Dated: New York, New York
    September 20, 2023

               HON. SYLVIA O. HINDS-RADIX
               Corporation Counsel
               of the City of New York
               *Attorney for Defendant City of New York*
               100 Church Street
               New York, New York 10007
               (212) 356-3518


       By:  *Amy Robinson /s/*
           Amy Robinson
           Special Federal Litigation Division