UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

TREVOR BRITVEC, *et al.*,

                           Plaintiffs,

- against -

THE CITY OF NEW YORK, *et al.*,

                           Defendants.
----------------------------------------------------------------X

STIPULATION AND
[PROPOSED] ORDER
REGARDING FIRST
AMENDED COMPLAINT
(ECF 34)

21-cv-10759 (LAK)

**WHEREAS**, Plaintiffs have proposed amending the Complaint in this matter with respect to Plaintiff Trevor Britvec, in order to substitute and/or add the names of individual Defendants whom Plaintiffs recently identified, and to amend the related factual allegations;

**WHEREAS**, Plaintiffs have provided those Defendants represented by the New York City Law Department with a copy of the proposed First Amended Complaint ("FAC");

**WHEREAS**, on November 9, 2023, Defendants consented to Plaintiffs' proposed FAC in writing; and

**WHEREAS**, on November 13, 2023, Plaintiff has sought to amend the Complaint pursuant to pursuant to Fed.R.Civ.P. 15(a)(2) by filing the FAC in this matter (*see* ECF 34);

**IT IS THEREFORE HEREBY ORDERED** that the Complaint is amended and replaced by the FAC pursuant to Fed.R.Civ.P. 15.

DATED: November 13, 2023

_____
Gideon Orion Oliver
Attorney for Plaintiffs

_____
Omar J. Siddiqi
Office of the Corporation Counsel

SO ORDERED:

_____
**Hon. Lewis A. Kaplan, U.S.D.J.**

11/14/23