UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Trevor Britvec,

        Plaintiff,                    21-CV-10759 (LAK)

v.

The City Of New York, et al.,

        Defendants.
------------------------------x
Francisco Javier Casablanca-Torres,

        Plaintiff,                    21-CV-10832 (LAK)

v.

City Of New York, et al.,
        Defendants.
------------------------------x

## ORDER

        At the end of October 2023, Magistrate Judge Cott informed the Court that the parties had reached a settlement in both of the above captioned cases, which had been joined for discovery. Accordingly, these cases are each dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect in regards to either one or both cases, on or before March 6, 2024, if the settlement(s) have not been consummated by then.

        SO ORDERED.

Dated:      February 6, 2024

                                                          Lewis A. Kaplan
                                               United States District Judge