UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

TREVOR BRITVEC, BENJAMIN KUDLER, and MARGARET HEWITT, TIMOTHY MAHONEY and DEVIN MAXIME,

                                                  Plaintiffs,

        - against -

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD OFFICER RYAN COSTELLO; NYPD OFFICER ANTHONY KAHN; NYPD OFFICER JEREMY MCGEE; NYPD DETECTIVE NICHOLAS SOFOKLES; NYPD DEPUTY CHIEF WILLIAM AUBRY; NYPD SERGEANT CHARLIE MCCOY; and NYPD MEMBERS JOHN AND JANE DOES 1-13,

                                                Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

21 Civ. 10759 (LAK)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       February 14, 2024

| | |
|---|---|
| GIDEON ORION OLIVER<br>*Attorney for Plaintiffs*<br>277 Broadway, Suite 1501<br>New York, NY 10007 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>   *New York City Police Department,*<br>   *Dermot Shea, Terence Monahan, Ryan*<br>   *Costello, Anthony Kahn, Jeremy McGee,*<br>   *Nicholas Sofokles, William Aubry and*<br>   *Charlie McCoy*<br>100 Church Street<br>New York, New York 10007 |
| By: _____*Gideon Orion Oliver*_____<br>   Gideon Orion Oliver | By: _____*Amy Robinson*_____<br>   Amy Robinson |

Cohen Green PLLC
1639 Centre Street, Suite 216
Ridgewood, NY 11385

By: _____
   Elena Louisa Cohen

                                                        SO ORDERED:

                                                        _____
                                                        HONORABLE LEWIS A. KAPLAN
                                                        UNITED STATES DISTRICT JUDGE

                                                        Dated: _____, 2024