UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

TREVOR BRITVEC, BENJAMIN KUDLER, and
MARGARET HEWITT, TIMOTHY MAHONEY and DEVIN
MAXIME,

                                          Plaintiffs,

        - against -

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO;
NEW YORK CITY POLICE DEPARTMENT ("NYPD")
COMMISSIONER DERMOT SHEA; NYPD CHIEF OF
DEPARTMENT TERENCE MONAHAN; NYPD OFFICER
RYAN COSTELLO; NYPD OFFICER ANTHONY KAHN;
NYPD OFFICER JEREMY MCGEE; NYPD DETECTIVE
NICHOLAS SOFOKLES; NYPD DEPUTY CHIEF
WILLIAM AUBRY; NYPD SERGEANT CHARLIE
MCCOY; and NYPD MEMBERS JOHN AND JANE DOES
1-13,

                                        Defendants.

-----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

21 Civ. 10759 (LAK)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
           February 14, 2024

GIDEON ORION OLIVER
*Attorney for Plaintiffs*
277 Broadway, Suite 1501
New York, NY 10007

By: _____
        Gideon Orion Oliver

Cohen Green PLLC
1639 Centre Street, Suite 216
Ridgewood, NY 11385

By: _____
        Elena Louisa Cohen

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
       City of New York
*Attorney for Defendants City of New York, New York City Police Department, Dermot Shea, Terence Monahan, Ryan Costello, Anthony Kahn, Jeremy McGee, Nicholas Sofokles, William Aubry and Charlie McCoy*
100 Church Street
New York, New York 10007

By: _____
        Amy Robinson

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: 2/21, 2024

2